Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11

12  IDT PAYMENT SERVICES, INC,

Case No.:  CV 23-7318-GW-AJRx

13              Plaintiff,

**ORDER GRANTING STIPULATION
FOR ENTRY OF JUDGMENT**

14

15         vs.

16  MARIA E. GONZALEZ,
MEG FINANCIAL SERVICES,

First Am. Complaint filed: Feb. 9, 2024

17  MARTHA MALDONADO
BENITEZ and DOES 1-5,

18

19              Defendants.

20

21

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Case No.: 2:23-cv-07318-GW(AJRx)   - 1 -
[PROPOSED] ORDER

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

## ORDER

This United States District Court of the Central District of California, having considered Plaintiff IDT Payment Services, Inc. ("Plaintiff") and Defendant Maria E. Gonzalez's stipulation for entry of judgment and finding good cause appearing **SO ORDERS**:

The parties' stipulation for entry of judgment against Defendant Maria E. Gonzalez is **GRANTED**.

Final judgment on Plaintiff's First Amended Complaint, on counts one and two, is entered in favor of Plaintiff against Defendant Maria E. Gonzalez in the amount of $150,000 (one hundred fifty thousand dollars). Interest shall accrue on the judgment as allowed by law from August 14, 2024 forward per the Parties' agreement.

The Parties' remaining claims against Defendant Martha Maldonado shall proceed and are not adjudicated by this Stipulated Judgment.

This Court retains jurisdiction to enforce the terms and conditions of this Stipulated Judgment.

**IT IS SO ORDERED.**

Dated: November 27, 2024

_____
HON. GEORGE H. WU,
United States District Judge

Case No.: 2:23-cv-07318-GW(AJRx)    - 2 -
[PROPOSED] ORDER